No. 02–9903.   STRABLE v. STRABLE.   Ct. App. S. C.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [539 U. S. 913] denied.

No. 02–9936.   ELDRIDGE v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [539 U. S. 913] denied.

No. 02–9945.   BROOKS v. AJIBADE ET AL.   C. A. 11th Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [538 U. S. 1054] denied.

No. 02–9957.   SHELTON v. EIKERMAN.   C. A. 8th Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [539 U. S. 913] denied.

No. 02–10471.   HARRIS v. SAN BERNARDINO COUNTY DEPARTMENT OF CHILDREN'S SERVICES.   Ct. App. Cal., 4th App. Dist.;

No. 02–10663.   ROWE v. UNION PLANTERS BANK OF SOUTHEAST MISSOURI ET AL.   C. A. 8th Cir.; and

No. 03–5252.   GAINES v. POMONA COLLEGE.   C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until October 27, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 02–11062.   WASHINGTON v. STATE STREET BANK & TRUST CO. ET AL.   C. A. 1st Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 27, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.   JUSTICE BREYER took no part in the consideration or decision of this motion.